**Calvin A. BOSWELL, Appellant,**

v.

**STATE of Missouri, Respondent.**

### WD 78171

Missouri Court of Appeals, Western District.

FILED: September 1, 2015

Susan L. Hogan, Kansas City, MO for Appellant.

Karen L. Kramer, Jefferson City, MO for Respondent.

---

Before Division Three: Karen King Mitchell, Presiding Judge, Lisa White Hardwick and Anthony Rex Gabbert, Judges

#### ORDER

Per Curiam

Calvin Boswell appeals from the judgment denying his Rule 29.1 5 motion after he was convicted of first-degree murder, second-degree murder, first-degree assault, unlawful use of a weapon, and four counts of armed criminal action. Boswell contends he was entitled to an evidentiary hearing on the claim that his trial counsel was ineffective for failing to call a witness who would have offered testimony implicating an additional person in the crimes. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment denying post-conviction relief.

AFFIRMED. Rule 84.16(b).